IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

UNITED STATES OF AMERICA

VERSUSCRIMINAL NO. 1:08cr67WJG-JMR-1

GERALD J. JENKINS

FINAL ORDER OF FORFEITURE

THIS MATTER is before the Court on motion [33] of the United States of America [United States] for a final order of forfeiture. The Court, having reviewed the motion and the record in this matter, finds the motion is well taken and should be granted as set forth below.

On November 6, 2008, this Court entered an Agreed Preliminary Order of Forfeiture ordering the Defendant, Gerald J. Jenkins, to forfeit the following personal property:

$6,345.14 in U.S. Currency
One (1) HP Pavilion DV5000 laptop bearing serial number CND6210KQ8
One (1) Toshiba Satellite laptop bearing serial number 17133917K
One (1) Polaroid digital camera with serial number GR700134960045108

(Ct. R., Doc. 26.) Thereafter, the United States caused to be published via the internet at www.forfeiture.gov, and also in the *Sun Herald* newspaper, notice of this forfeiture and of the intent of the United States to dispose of the property in accordance with the law and as specified in the Agreed Preliminary Order, and further notifying all third parties of their right to petition the Court within thirty (30) days for a hearing to adjudicate the validity of their alleged legal interest in the property. (Ct. R., Docs. 29, 30, 31, 32.) Following such publication no timely claims were filed. The Court finds that Defendant had an interest in the property that is subject

to forfeiture pursuant to Section 981 (a)(1)(C) , Title 18, United States Code, and Section 2461(c), Title 28, United States Code. It is therefore,

ORDERED, ADJUDGED AND DECREED that the property described above be, and is hereby, forfeited to the United States of America pursuant to Section 981 (a)(1)(C), Title 18, United States Code, and Section 2461(c), Title 28, United States Code; and that all right, title and interest to the property described above is hereby condemned, forfeited and vested in the United States of America, and shall be disposed of according to law; and that the United States District Court shall retain jurisdiction in this case for the purpose of enforcing this Order.

SO ORDERED AND ADJUDGED this the 23rd day of March, 2009.

*Walter J. Gex III*
UNITED STATES SENIOR DISTRICT JUDGE